AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DERRICK HILL | Case No.    5:18CR50008-005 |
| | USM No.    14961-010 |
| | Kevin Lammers |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   No. 1, 2, 4, 5, and 8 contained in the Petition to Revoke.

☐ was found in violation of condition(s) count(s) _____

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #3: Unlawful use of a controlled substance | August 25, 2023 |
| 2 | Mandatory Condition #3: Unlawful use of a controlled substance | December 1, 2023 |
| 4 | Mandatory Condition #3: Unlawful use of a controlled substance | December 28, 2023 |
| 5 | Mandatory Condition #3: Unlawful use of a controlled substance | February 29, 2024 |
| 8 | Standard Condition #8: Association restrictions | March 28, 2024 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant denied allegations 3, 6, and 7 contained in the Petition to Revoke, and those allegations were dismissed by the Court.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1332

Defendant's Year of Birth:    1976

City and State of Defendant's Residence:
Springdale, Arkansas

April 26, 2024
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

May 3, 2024
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT:        DERRICK HILL
CASE NUMBER:      5:18CR50008-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **twelve (12) months imprisonment. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
    **1. That the defendant be allowed to participate in a truck driving and certification program.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL